UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CINDY JOLLY-SMELTER,

       Plaintiff,                            Case No. 24-cv-11312

v.

                                         HON. MARK A. GOLDSMITH

SPEEDWAY LLC,

       Defendant.
_____/

## ORDER REGARDING OUTSTANDING DISPUTES

There are presently several disputes between the parties set out in the following: Plaintiff's motion to allow expert testimony (Dkt. 18); Defendant's motion regarding objections to Plaintiff's trial exhibits (Dkt. 24); and any objections noted in the proposed joint final pretrial order. Counsel for the parties must confer about all such objections no later than April 30, 2025. On or before May 7, 2025, the parties must file, on the docket, a single joint statement setting forth: (i) any agreement reached on any of the outstanding disputes, and (ii) as to each remaining dispute, the position of each party and any supporting authority. The joint statement must not exceed 15 pages, exclusive of attachments.

       SO ORDERED.

Dated: April 23, 2025                                      s/Mark A. Goldsmith
       Detroit, Michigan                           MARK A. GOLDSMITH
                                                           United States District Judge